MEK:jhm
1804-113
Complaint
04/08/04



# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## IN ADMIRALTY

CASE NO. 6:04-CV-488-ORL-28KRS

BREVARD COUNTY,
FLORIDA,

      Plaintiff,

vs.

DOLPHIN MARINE TOWING,
INC., a Florida corporation,
MARGARET F. LEWIS, a Florida
resident, in personam, and the M/V
"MARGARET", USCG documentation
number 279354, her engines, tackle,
equipment, freights, furnishings, etc.,
In rem,

      Defendants.
_____/

## **VERIFIED COMPLAINT**

COMES NOW the Plaintiff, BREVARD COUNTY, FLORIDA, by and through the undersigned counsel, and files this Verified Complaint against the Defendants, DOLPHIN MARINE TOWING, INC., a Florida corporation, MARGARET F. LEWIS, a Florida resident, *in personam*, and the M/V "MARGARET", USCG documentation number 279354, *in rem*, and states as follows.

1

1. This is an action within the admiralty and maritime jurisdiction as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of Rule 9(a) of the Federal Rules of Civil Procedure.

2. The Plaintiff, BREVARD COUNTY, FLORIDA, is a municipal corporation of the State of Florida and located within the district.

3. The in personam Defendants, MARGARET LEWIS, a Florida resident, and DOLPHIN MARINE TOWING, INC., a Florida corporation, are the owners and/or operators of the in rem Defendant vessel, the M/V "MARGARET" and all are located within the district and at all times relevant, transacted business and operated on waters within the district and within the State of Florida.

4. On or about April 14, 2000, the M/V "MARGARET" was engaged in a commercial enterprises by pushing two barges within the waters of the district. At approximately 4:50 a.m., the vessel, while transiting under the Max Brewer Causeway bridge, located at SR 402 in Titusville, Florida, the vessel and her barges, struck the fender system along the bridge.

5. The Plaintiff, BREVARD COUNTY, FLORIDA, is the owner and operator of the bridge.

6. The owners and/or operators of the Defendant vessel were negligent in their operation and navigation of their vessel by hitting the bridge.

7. As a result of the negligence of the owners and operators of the Defendant vessel, the bridge sustained significant damages.

8. As a result of the damage to the bridge, BREVARD COUNTY has sustained damages to effect repairs to the bridge in the amount of $57,540.00.

9. The Plaintiff has made demands upon the Defendants, however the amount has not been paid and remains outstanding.

WHEREFORE, the Plaintiff demands that:

1. That a warrant for arrest of the M/V "MARGARET" may issue, and that all persons claiming any interest therein may be cited to appear and answer the matter aforesaid;

2. That a judgment may be entered in favor of the Plaintiff for the amount of the claim, with interest and costs, and that the M/V "MARGARET" be condemned and sold to pay for the same;

3. That a judgment be entered against the in personam Defendants for the amount of the claim, with interests and costs; and

4. The Plaintiff may have such other and further relief deemed just and proper under the circumstances.

Respectfully submitted,

UNDERWOOD, KARCHER & KARCHER, P.A.
Attorneys for Plaintiff
1500 San Remo Avenue, Suite 235
Coral Gables, Florida 33146
Telephone: (305) 661-2888
Facsimile: (305) 661-5888

By: _____
MICHAEL R. KARCHER
FLORIDA BAR NO. 516287

# VERIFICATION

Under oath and affirmation I, MICHAEL R. KARCHER, as attorney for BREVARD COUNTY, FLORIDA, in the above-captioned claim., do hereby verify, based upon my examination of the file and discussions with the client, the foregoing to be true and accurate.

_____
MICHAEL R. KARCHER
Attorney for Plaintiff, Brevard County


STATE OF FLORIDA         :
                         : SS.
COUNTY OF MIAMI-DADE  :

SWORN TO AND SUBSCRIBED before me this ___8th___ day of April, 2004.

_____
NOTARY PUBLIC, STATE OF FLORIDA
AT LARGE

Janet H. McKnight
My Commission DD201016
Expires April 16, 2007